


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATISHA HAMILTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; ROBERT TAYAN, an individual; JULIE FRAZIER, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | ) | Case No. CV-10 6133 JCG<br><br>Hon. Jay C. Gandhi<br><br>**JUDGMENT IN FAVOR OF COSTCO WHOLESALE CORPORATION**<br><br>Complaint Filed: June 25, 2010 |

[PROPOSED] JUDGMENT IN FAVOR OF COSTCO
Case No. CV-10 6133-JCG
14264626v.1

In accordance with the jury's verdict, it is hereby **ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant Costco Wholesale Corporation. Defendant shall file a motion to tax costs and recover its costs in accordance with the court's order.

**IT IS SO ORDERED.**

DATED: March 19, 2012

HON. JAY C. GANDHI
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE