UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATISHA HAMILTON, an individual, | Case No. CV-10 6133 JCG |
| Plaintiff, | Hon. Jay C. Gandhi |
| v. | **JUDGMENT IN FAVOR OF COSTCO WHOLESALE CORPORATION** |
| COSTCO WHOLESALE CORPORATION, a Washington corporation; ROBERT TAYAN, an individual; JULIE FRAZIER, an individual, and DOES 1 through 100, inclusive, | |
| | Complaint Filed: June 25, 2010 |
| Defendants. | |

1   In accordance with the jury's verdict, it is hereby **ORDERED AND**
2   **ADJUDGED** that judgment be entered in favor of Defendant Costco Wholesale
3   Corporation.  Defendant shall file a motion to tax costs and recover its costs in
4   accordance with the court's order.

6   **IT IS SO ORDERED.**

9   DATED:  March 19, 2012
    _____

    _____
    HON. JAY C. GANDHI
    UNITED STATES DISTRICT COURT
    MAGISTRATE JUDGE